| | |
|---|---|
| STATE OF CALIFORNIA ) | |
| ) | |
| ) | DECLARATION OF KEVIN CARUANA |
| COUNTY OF ORANGE ) | |

I, Kevin Caruana, depose and say that:

1. I have personal knowledge of the facts contained in this Declaration, and I am over the age of 21.

2. I am the Vice President, Retail Production at American Pacific Mortgage Corporation ("APM").

3. In my role as Vice President, Retail Production at APM, my duties include but, are not limited to: hiring and firing; ensuring compliance with federal law; oversight of sales and origination; and responsibility for overall financial performance of branches.

4. The following APM employees work under my purview: Michael Ballew; Andy (Carl) Berryman; Elias Gonzales; Pedro Gonzalez; Nicholas Lichwick; Hong (Bobby) Luu; Blain Rosenberry; and George Tabora.

5. I have come to understand that Union Home Mortgage Corp. filed a lawsuit against Michael Ballew, Andy (Carl) Berryman, Elias Gonzales, Pedro Gonzalez, Nicholas Lichwick, Hong (Bobby) Luu, Blain Rosenberry, George Tabora, and Robert Webb (the "Defendants") in the United States District Court for the Northern District of Ohio.

6. During the course of hiring the eight Defendants who work under my purview, I learned that many, if not all, of them believed that UHM actively engaged in compensation practices that were both unlawful and denied them compensation that they were owed pursuant to their employment agreements with UHM. I also learned that UHM required originators to pay for loan price concessions by reducing their own commissions on the loans, and that UHM conceals this practice by directing the originators to improperly designate the loans as "direct-to-consumer" loans. Based upon my work with ensuring APM complies with federal law, my understanding is that UHM's practice of requiring originators to pay for certain concessions by reducing their own commissions violates federal law.

7. Whenever APM recruits originators, including the Defendants in this case, APM's policy is to encourage and expect that the originators will leave their former employer in a good faith and professional manner. In accordance with that policy, I have verified that all Defendants that had outstanding unvested bonuses have repaid the portion of those bonuses that had not vested. Attached to this Declaration as Exhibit 1 is documentation that was provided to me showing that each of these Defendants repaid the portion of their bonuses that had not vested. To repay the unvested bonuses, my understanding is that the Defendants proactively contacted UHM to discuss the amounts due and coordinate delivery

of payment. It is also my understanding that UHM failed to respond to these Defendants' efforts to coordinate payment, and that these Defendants ultimately calculated the amount due without UHM's collaboration, identified a suitable member of UHM management and delivered the check,

8. My understanding is that other UHM employees contacted Defendants about working at APM. Defendants were instructed by myself and others at APM to refuse to discuss employment opportunities with current UHM employees. My understanding is that Defendants complied with those instructions. APM and Defendants did this to avoid even the appearance of an inappropriate solicitation.

9. In conjunction with joining APM, Defendants requested of APM, and APM agreed, to accept outstanding UHM office leases for offices that UHM no longer wanted or needed after the Defendants left their employment with UHM. In addition, Defendants also requested of APM, and APM agreed, to purchase all office equipment and furniture utilized by Defendants in their former UHM offices. The Defendants agreed to accept the costs of the office leases as expenses charged to their APM branch P&Ls. In purchasing the office equipment and furniture from UHM, APM agreed to UHM's valuation of the equipment and furniture, and it did not negotiate over depreciation or other factors through which it may have been able to obtain a lower price.

10. In connection with Defendants joining APM, and consistent with APM's policy, APM agreed to build client databases for Defendants using Ingenious, a company that builds databases based on publicly available information. APM instructed Defendants to use their Ingenious-created databases for their marketing efforts as APM branch offices.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Kevin Caruana

Executed on   6/5/2025
_____

4927-4840-3011, v. 5



**From:** Debra Strang
**Sent:** Wednesday, May 21, 2025 12:43 PM
**To:** John C. Rowland
**Subject:** FW: Repayment of Bonus

**Debra Strang**
Legal Secretary | Frantz Ward
D: (216) 515-1408
FrantzWard.com

---

**From:** Chris Carkhuff <ccarkhuff@uhm.com>
**Sent:** Tuesday, February 25, 2025 2:45 PM
**To:** George Tabora <georgeatabora@gmail.com>; George Tabora <george.tabora@apmortgage.com>
**Subject:** RE: Repayment of Bonus

*External Email*  This email originated outside our company's email system. Do not trust the content if the sender is unknown.

This will confirm that today UHM received your check.
Thank you for your cooperation in this matter.
Best,

**UHM Chris Carkhuff**
**Senior Corporate Attorney**
T: 732-561-4485 | C: 732-773-7335
ccarkhuff@uhm.com | uhm.com
8241 Dow Cir Strongsville, OH 44136

Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act

---

**From:** Chris Carkhuff
**Sent:** Tuesday, February 25, 2025 8:22 AM
**To:** George Tabora ; George Tabora
**Subject:** RE: Repayment of Bonus

Thank you Sir.
Will advise upon receipt.

**UHM Chris Carkhuff**
**Senior Corporate Attorney**
T: 732-561-4485 | C: 732-773-7335
ccarkhuff@uhm.com | uhm.com
8241 Dow Cir Strongsville, OH 44136

Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act

---

**From:** George Tabora <georgeatabora@gmail.com>
**Sent:** Monday, February 24, 2025 1:44 PM
**To:** George Tabora <george.tabora@apmortgage.com>; Chris Carkhuff <ccarkhuff@uhm.com>
**Subject:** Re: Repayment of Bonus

Good Afternoon Chris,

I wanted to let you know the check has been dropped off. Here is the tracking number to check the progress -772216886309. Please let me know if you need anything else. Thanks again for your patience and letting me break the debt in 2 payments.

Sincerely,

5/21/25, 12:48 PM  
Case: 1:25-cv-00318-JPC Doc #: 27-1 Filed: 06/05/25 4 of 10. PageID #: 591  
FW Repayment of Bonus.htm



George Tabora  
Sent from my iPhone

> On Feb 21, 2025, at 10:32 AM, George Tabora <georgeatabora@gmail.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** Alex Cribari <acribari@uhm.com>  
> **Date:** February 20, 2025 at 8:49:36 PM EST  
> **To:** George Tabora <georgeatabora@gmail.com>, Chris Carkhuff <ccarkhuff@uhm.com>  
> **Subject: RE: Repayment of Bonus**
>
> George,
>
> See attached FedEx label.
>
> Thank you,
>
>
>
> **Alex Cribari**  
> **Licensing and Retail Sales Quality Control Manager**
>
> O: 440.534.2773  
> 8241 Dow Cir Strongsville, OH 44136
>
>
>
> **From:** George Tabora <georgeatabora@gmail.com>  
> **Sent:** Thursday, February 20, 2025 8:17 PM  
> **To:** Chris Carkhuff <ccarkhuff@uhm.com>

**Cc:** Alex Cribari <acribari@uhm.com>
**Subject:** Re: Repayment of Bonus

Good evening sir,

Would you be able to send me the next label for the 2nd half of my debt owed?

Thank you,

Sent from my iPhone

> On Jan 21, 2025, at 9:59 PM, George Tabora <georgeatabora@gmail.com> wrote:
>
> Maybe she sent to old UHM email. I'll send out in the morning so it can be on its way.
>
> Sent from my iPhone
>
>> On Jan 21, 2025, at 4:55 PM, Chris Carkhuff <ccarkhuff@uhm.com> wrote:
>>
>> Alex sent it a few hours ago.
>> I just re-sent.
>>
>> **Chris Carkhuff**
>> **Senior Corporate Attorney**
>> T: 732-561-4485 | C: 732-773-7335
>> ccarkhuff@uhm.com | uhm.com
>> 8241 Dow Cir Strongsville, OH 44136
>>
>> Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act
>>
>> **From:** George Tabora <georgeatabora@gmail.com>
>> **Sent:** Tuesday, January 21, 2025 4:53 PM
>> **To:** Chris Carkhuff <ccarkhuff@uhm.com>
>> **Subject:** Re: Repayment of Bonus
>>
>> Good evening Chris,
>>
>> I didn't receive the email for the return label. Would you be able to look into this for me?
>>
>> Sent from my iPhone
>>
>>> On Jan 21, 2025, at 12:10 PM, George Tabora <georgeatabora@gmail.com> wrote:
>>>
>>> I have the check. Does Union have me overnight it back through FedEx with a return label provided by them?
>>>
>>> Sent from my iPhone
>>>
>>>> On Jan 21, 2025, at 10:10 AM, Chris Carkhuff <ccarkhuff@uhm.com> wrote:
>>>>
>>>> Not a problem.
>>>>
>>>> Thanks for your continued cooperation.
>>>>
>>>> **Chris Carkhuff**
>>>> **Senior Corporate Attorney**
>>>> T: 732-561-4485 | C: 732-773-7335
>>>> ccarkhuff@uhm.com | uhm.com
>>>> 8241 Dow Cir Strongsville, OH 44136
>>>>
>>>> Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act
>>>>
>>>> **From:** George Tabora <georgeatabora@gmail.com>
>>>> **Sent:** Monday, January 20, 2025 11:01 AM

**To:** Chris Carkhuff <ccarkhuff@uhm.com>
**Subject:** Re: Repayment of Bonus

Good morning sir,

I forgot today was a holiday. I need to get check from bank. I will send out tomorrow once banks reopen and overnight back in the envelope you sent. My apologies for the delay.

Sent from my iPhone

> On Jan 17, 2025, at 10:57 AM, Chris Carkhuff <ccarkhuff@uhm.com> wrote:
>
> That works.
> Thank you for your cooperation.
>
> **Chris Carkhuff**
> **Senior Corporate Attorney**
> T: 732-561-4485 | C: 732-773-7335
> ccarkhuff@uhm.com | uhm.com
> 8241 Dow Cir Strongsville, OH 44136
>
> Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act
>
> **From:** George Tabora <georgeatabora@gmail.com>
> **Sent:** Friday, January 17, 2025 10:38 AM
> **To:** Chris Carkhuff <ccarkhuff@uhm.com>
> **Subject:** Re: Repayment of Bonus
>
> Good morning Chris,
>
> Would I be able to break it up into 2 payments? I can send the first half on Monday and the next on 2/20/25 if that works for you guys. Please let me know if that ok.
>
> Thank you,
>
> Sent from my iPhone
>
>> On Jan 15, 2025, at 9:50 AM, George Tabora <georgeatabora@gmail.com> wrote:
>>
>> Ah ok, I got it. Thanks for clarifying.
>>
>> Sent from my iPhone
>>
>>> On Jan 15, 2025, at 8:07 AM, Chris Carkhuff <ccarkhuff@uhm.com> wrote:
>>>
>>> George,
>>>
>>> Good morning, Sir.
>>>
>>> Please make your check payable to UHM and sent to my attention at UHM's corporate office.
>>>
>>> Sorry for the confusion.
>>>
>>> Respectfully,

**Chris Carkhuff**
**Senior Corporate Attorney**
T: 732-561-4485 | C: 732-773-7335
ccarkhuff@uhm.com | uhm.com
8241 Dow Cir Strongsville, OH 44136

Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act

**From:** George Tabora <georgeatabora@gmail.com>
**Sent:** Tuesday, January 14, 2025 9:51 PM
**To:** Chris Carkhuff <ccarkhuff@uhm.com>
**Subject:** Re: Repayment of Bonus

Thank you. Also I noticed the check is paid out to you and not the company. This is the first time I've had to pay back a bonus. Is this normal? I am just doing my due diligence.

Sent from my iPhone

> On Jan 14, 2025, at 4:52 PM, Chris Carkhuff <ccarkhuff@uhm.com> wrote:
>
> Net
>
> **Chris Carkhuff**
> **Senior Corporate Attorney**
> T: 732-561-4485 | C: 732-773-7335
> ccarkhuff@uhm.com |
> uhm.com
> 8241 Dow Cir Strongsville, OH 44136
>
> Union Home Mortgage Corp. NMLS #2229 | NMLS Consumer Access website: www.nmlsconsumeraccess.org. Union Home Mortgage Corp. is an Equal Housing Lender. Loans are available on a fair and equal basis regardless of race, color, national origin, religion, sex, handicap, marital status, familial status (having children under the age of 18), age (if old enough to enter a contract), because income is from public assistance, or because a right was exercised under the Consumer Credit Protection Act
>
> **From:** George Tabora <georgeatabora@gmail.com>
> **Sent:** Tuesday, January 14, 2025 3:56 PM
> **To:** Chris Carkhuff <ccarkhuff@uhm.com>
> **Subject:** Repayment of Bonus
>
> Good Afternoon,
>
> My name is George Tabora
> NMLS # 2049966
> I am writing regarding the letter I just received by mail in regards to paying off remaining balance of bonus.
> Is this a net or gross amount?
>
> Thank you,

```
SHARONVIEW FEDERAL CREDIT UNION                              No. 0002217814
1955 SHARONVIEW WAY • INDIAN LAND, SC 297

Acct:0000263279    Teller:1386     Date:02/21/25    Time:2:17pm

Checkno:           00 0002217814
Purpose:
Amount:            43,291.83
Address:           UNION HOME MORTGAGE
                   RE:ROBERT CLINT WEBB JR
```

Detach Before Depositing Check

**CASHIER'S CHECK**

0068889
Office AU #  11-24
1210(8)

6888904705

Remitter: HONG LUU
Operator I.D.: k131358 u288381

February 14, 2025

PAY TO THE ORDER OF  ***UNION HOME MORTGAGE CORP.***

**Thirty-Five Thousand and 00/100 -US Dollars**

**$35,000.00**

VOID IF OVER US $ 35,000.00

Payee Address:
Memo: BOBBY LUU

WELLS FARGO BANK, N.A.
7030 OLD KEENE MILL RD
SPRINGFIELD, VA 22150
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

Authorized Signature

---

**CASHIER'S CHECK**

0068670
Office AU #  11-24
1210(8)

6867002609

Remitter: HONG LUU
Operator I.D.: va810005

February 25, 2025

PAY TO THE ORDER OF  ***UNION HOME MORTGAGE***

**One Thousand Eight Hundred Seventy-Two and 90/100 -US Dollars**

**$1,872.90**

VOID IF OVER US $ 1,872.90

Payee Address:
Memo: BOBBY LUU

WELLS FARGO BANK, N.A.
5703 BURKE CENTRE PKWY
BURKE, VA 22015
FOR AUTOMATED CHECK VERIFICATION
CALL: (480) 394-3122

CONTROLLER

475440

Blain Rosenberry

February 21, 2025

*Union Home Mortgage*

\*\*\*\*\*\*22,178.79

TWENTY TWO THOUSAND ONE HUNDRED SEVENTY EIGHT DOLLARS AND SEVENTY NINE CENTS

FARMERS AND MERCHANTS TRUST COMPANY OF CHAMBERSBURG • P.O. BOX 6010 • CHAMBERSBURG, PA    17201-6010





UNITED STATES POSTAL SERVICE.

CHAMBERSBURG
308 LINCOLN WAY E
CHAMBERSBURG, PA 17201-9998
(800)275-8777

02/21/2025                                    10:51 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $9.70 |

Strongsville, OH 44136
Weight: 0 lb 0.90 oz
Expected Delivery Date
Mon 02/24/2025

Insurance                                    $0.00
    Up to $100.00 included
Registered Mail®                             $81.60
    Amount: $22,000.00
    Tracking #:
        RF448963463US
Total                                        $91.30

Grand Total:                                 $91.30

Credit Card Remit                            $91.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX2889
    Approval #: 03187D
    Transaction #: 907
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required          CHASE VISA

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
Registered Mail®.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail